## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Quicken Loans, LLC,

    *Plaintiff*,

v.

ProBalance, Inc.,

    *Defendant*

Case No. 2:19-cv-12595-GCE-DRG

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James P. Joseph II of the law firm of Jones Day hereby enters his appearance as counsel on behalf of Plaintiff Quicken Loans, LLC in the above-referenced matter.

Dated: September 23, 2020

Respectfully submitted,

*/s/ James P. Joseph II*
James P. Joseph II (P81451)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226
Telephone: +1.313.230.7923

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. Defendant will be served via First Class Mail.

/s/ James P. Joseph II
James P Joseph II
